IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-696-3 |
| | § | |
| RENE GALVAN, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant Rene Galvan filed a motion for appointment of counsel, (Docket Entry No. 62 ).

Counsel for defendant Galvan filed a motion to withdraw as counsel. (Docket Entry No. 63). The motions are GRANTED. The magistrate judge will appoint counsel to represent the defendant.

SIGNED on March 7, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge