## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-10-696 |
| | § |
| ALFONSO GONZALEZ | § |
| RENE GALVAN | § |
| OMAR IVAN MONITA | § |

## O R D E R

Defendant Omar Monita filed an unopposed motion for continuance, (Docket Entry No. 73). The government and the codefendants are unopposed to the motion  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 15, 2011 |
| Responses are to be filed by: | July 29, 2011 |
| Pretrial conference is reset to**:** | **August 1, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 8, 2011, at 9:00 a.m.** |

SIGNED on April 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge