**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-10-696 (2-4) |
| | § | |
| ALFONSO GONZALEZ | § | |
| RENE GALVAN | § | |
| OMAR IVAN MONITA | § | |

**O R D E R**

    Defendant Rene Galvan filed an unopposed motion for continuance, (Docket Entry No. 85).

The government and the codefendants are unopposed to the motion   The court finds that the

interests of justice are served by  granting  this continuance and that those interests outweigh the

interests of the public and the defendants in a speedy trial. The   motion for continuance is

GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 6, 2011 |
| Responses are to be filed by: | September 20, 2011 |
| Pretrial conference is reset to**:** | **October 3, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 11, 2011, at 9:00 a.m.** |

    SIGNED on July 28, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge